[48 NE3d 960, 28 NYS3d 679]

PAF-PAR LLC, Appellant, v Michael Silberberg et al., Respondents.

Argued February 18, 2016; decided March 24, 2016

**APPEARANCES OF COUNSEL**

*Pryor Cashman LLP*, New York City (*William L. Charron* and *Vanessa Costantini* of counsel), for appellant.

*Tannenbaum Helpern Syracuse & Hirschtritt LLP*, New York City (*Vincent J. Syracuse* and *Maryann C. Stallone* of counsel),

and *Stahl & Zelmanovitz*, New York City (*Joseph Zelmanovitz* of counsel), for respondents.

**OPINION OF THE COURT**

Order affirmed, with costs. In this action pursuant to CPLR 3213, PAF-PAR LLC failed to demonstrate standing to maintain the action.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.